UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIA LORENA SEPULVEDA, <br><br>  Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br><br>  Defendant. | Case No. 20-cv-06550-JCS <br><br> **ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME** <br><br> Re: Dkt. No. 14 |

The Court previously granted an unopposed motion by Defendant Andrew Saul, Commissioner of Social Security (the "Commissioner"), to continue the deadline to file the Commissioner's answer and the certified administrative record from December 21, 2020 to February 19, 2021 based on delays in processing caused by the COVID-19 pandemic. The Commissioner now moves to continue that deadline further, to April 20, 2021. Sufficient cause having been shown, and taking into account the Commissioner's assertion that Plaintiff Elia Sepulveda does not oppose the request, that motion is GRANTED.

The Commissioner is reminded that under this Court's local rules, unopposed requests for an extension of time should be filed as stipulations rather than motions. Civ. L.R. 6-2; *see also* Civ. L.R. 6-3(a)(2) (providing that any *motion* to enlarge time must "[d]escribe[] the efforts the party has made to obtain a *stipulation* to the time change" (emphasis added)). The Commissioner is also reminded that where, as here, the cause for delay is foreseeable in advance of the deadline, any motion for an extension should be filed well before the deadline sought to be extended, allowing at least sufficient time for a response to be filed in the four days provided by Civil Local Rule 6-3(b).

Before seeking any further extensions of the deadline to answer and file the administrative record in this case, the parties shall meet and confer regarding Sepulveda's objections to the

administrative decision to determine whether there is any potential to resolve the case before the certified record has been prepared. Any further request for an extension must certify that the parties have done so.

**IT IS SO ORDERED.**

Dated: February 18, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge