UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | Case No. 20-cv-06550-JCS <br><br> **ORDER REGARDING ADMINISTRATIVE RECORD** |

Defendant Commissioner of the Social Security Administration ("Commissioner") denied Plaintiff E.S.'s application for disability insurance benefits and supplemental security income under Titles II and XVI of the Social, and the case is before this Court on appeal. The claim was denied initially and upon reconsideration, and an administrative law judge ("ALJ") held a hearing on November 14, 2019. On December 31, 2019, the ALJ denied E.S.'s application, and on July 22, 2020, the Appeals Council denied review of E.S.'s appeal of the ALJ's decision, making it the Commissioner's final decision.

On April 15, 2021, the Commissioner filed with this Court the administrative record (A.R.) as required by Civil Local Rule 16-5. Unfortunately, the A.R. is incomplete. In his December 31, 2021 decision, the ALJ repeatedly references exhibit "14F." A.R. 19. However, both parties and the Court agree that the administrative record submitted by the Commissioner omits exhibit 14F. *See* April 15, 2021 Court Transcript Index submitted with A.R. (including exhibits 1A through 13F, and omitting exhibit 14F). The parties disagree whether the exhibit E.S. has attached to counsel's declaration filed with this Court constitutes exhibit 14F, and thus whether the ALJ considered exhibit 14F, which may or may not be the records submitted by plaintiff. *See* Def. Cross-Mot. Summ. J. at 3 (asserting that "the ALJ's decision demonstrates that he considered those

records"); *cf.* Pl.'s Reply at 4 (disputing whether records were "included in transcript and considered" by ALJ).

It is essential to this Court's fair adjudication of the appeal to have a complete administrative record in this case. Accordingly, the Court ORDERS the Commissioner to update the administrative record to include "exhibit 14F" as considered and cited to by the ALJ below. The Commissioner is ORDERED to submit exhibit 14F, thus perfecting the record on appeal by **Thursday, March 17, 2022**, **no later than fourteen days from the date of this order.**

**IT IS SO ORDERED.**

Dated:  March 3, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2